# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.W., a minor, by RYAN WAGNER and WHITNEY BROSCIOUS, his parents, <br><br> Plaintiffs, <br><br> v. <br><br> SHIKELLAMY SCHOOL DISTRICT, <br><br> Defendant. | No. 4:20-CV-0018 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 7th day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, Doc. 5, is **GRANTED**.

2. Plaintiffs may file an amended complaint by April 28, 2020. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge