IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.W., a minor, by RYAN WAGNER and WHITNEY BROSCIOUS, his parents,<br><br>      Plaintiffs,<br><br>   v.<br><br>SHIKELLAMY SCHOOL DISTRICT,<br><br>      Defendant. | No. 4:20-CV-00018<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 16th day of June 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, Doc. 16, is **DENIED**.

2. Defendant's answer to the complaint is due no later than June 30, 2020.

                                                            BY THE COURT:

                                                            *s/ Matthew W. Brann*
                                                            Matthew W. Brann
                                                            United States District Judge