IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.W., a minor by RYAN WAGNER and WHITNEY BROSCIOUS, his parents,<br><br>Plaintiffs,<br><br>v.<br><br>SHIKELLAMY SCHOOL DISTRICT,<br><br>Defendant. | No. 4:20-CV-00018<br><br>(Chief Judge Brann) |

## ORDER

**FEBRUARY 15, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Shikellamy School District's Motion for Summary Judgment (Doc. 27) is **GRANTED** in part and **DENIED** in part.

1. Summary Judgment as to Plaintiffs' Count I for Violations of Title IX, 20 U.S.C. § 1681, is **DENIED**.

2. Summary Judgment as to Plaintiffs' Count II for Violations of 42 U.S.C. § 1983 is **GRANTED**. This Count is dismissed with prejudice.

3. The Court will schedule a telephonic conference call by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge